IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

THE ESTATE OF JOHN BOYD,
HEIRS AT LAW OF JOHN BOYD, AND
LATOYA BOYD                                    PLAINTIFFS

VS.                        CIVIL ACTION NO. 2:21-cv-160-HSO-RHWR

STATE FARM INSURANCE COMPANY,
STACY CLARK, AND
JOHN AND JANE DOES 1-5                          DEFENDANTS

### ORDER DISMISSING STACY CLARK

This matter came before the court on the motion to dismiss filed by the Defendant, Stacy Clark.  The Court, being advised that the Plaintiff does not contest the motion, finds it to be well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that the motion to dismiss of Defendant Stacy Clark is  hereby granted, and Stacy Clark is hereby dismissed from this action.

SO ORDERED AND ADJUDGED, this the 25 day of January, 2022.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:

*/s/ Megan Stuard Thornton*
Megan Stuard Thornton, Esq. (MSB #104104)
Attorney for Plaintiff

*/s/ Michael Myers*
Michael F. Myers, Esq. (MSB # 3712)
Attorney for Defendant